IN THE UNITED STATES DISTRICT COURT
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>



UNITED STATES OF AMERICA,                    :

        v.                                             :

                          :    09-CR-372-A

SALVATORE MONTANA,

        Defendant.                            :

                             :

<u>**SUPERSEDING INFORMATION**</u>
(Title 18, U.S.C. §4)

<u>**COUNT 1**</u>

**The United States Attorney Charges That:**

Between in or about September 2010, and on or about November 14, 2010, in the Western District of New York, and elsewhere, the defendant, SALVATORE MONTANA, having knowledge of the actual commission by another of a felony cognizable by a court of the United States, that is, possession of marijuana, a Schedule I controlled substance, with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), did conceal the same and did not as soon as possible make known the same to some judge or other person in civil or miliary authority under the United States.

All in violation of Title 18, United States Code, Section 4.


DATED:  Buffalo, New York, June  13 ___, 2011.


                          WILLIAM J. HOCHUL, JR.
                          United States Attorney

              BY: _____

                          JOSEPH M. GUERRA, III
                          Assistant U.S. Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York 14202
                          (716) 843-5824
                          Joseph.M.Guerra@usdoj.gov


2